DANIEL S. CONGDON v. FRANCIS HERSEY.

The Supreme Court after reversing a decree of a Court of Probate dismissing an application for the appointment of a guardian, will not themselves appoint the guardian, but remand the case to the Court of Probate for that purpose.

THIS was an appeal from a decree of the Court of Probate of Cranston, dismissing the application of the appellant, the Overseer of the Poor of said town, for the appointment of a guardian of the person and estate of Francis Hersey. The ground of the application was that said Hersey, from want of discretion in managing his estate, was likely to bring himself and family to want, and thereby to render himself and family chargeable.

The Court being of opinion that said Hersey was a person who was likely to bring himself and family to want, and render himself and family chargeable, refused themselves to appoint a guardian, but remanded the case to the Court of Probate, with directions to appoint a guardian forthwith.